J. RANDALL JONES, ESQ.
Nevada Bar No.: 001927
MATTHEW S. CARTER, ESQ.
Nevada Bar No.: 009524
MONA KAVEH, ESQ.
Nevada Bar No.: 11825
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email: kjc@kempjones.com
*Attorneys for Plaintiff, Nevada Restaurant Services, Inc. dba Dotty's*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a Municipal Corporation; and Does I through X,<br><br>Defendants. | Case No.:   2:16-cv-00238-GMN-NJK<br><br>**CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** |

COMES NOW Plaintiff, NEVADA RESTAURANT SERVICES, INC., doing business as DOTTY'S, by and through its counsel of record, Kemp, Jones & Coulthard, LLP, and hereby certifies that there are no parties with a direct pecuniary interest in the outcome of this action other than the named Plaintiff and Defendants.  This representation is made to enable judges of the Court to evaluate possible disqualification

1

or recusal.

DATED this 9th day of February, 2016.

Respectfully submitted,

KEMP, JONES & COULTHARD, LLP

 */s/ Matthew S. Carter*
J. RANDALL JONES, ESQ. (1927)
MATTHEW S. CARTER, ESQ. (9524)
MONA KAVEH, ESQ. (11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Nevada Restaurant Services, Inc. dba Dotty's*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2016, the foregoing **CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LR 7.1-1** was served via the United States District Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

 */s/ Pamela Montgomery*
An employee of Kemp, Jones & Coulthard, LLP

2