THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
tdillard@ocgas.com
Attorney for CLARK COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

NEVADA RESTAURANT SERVICES, INC., )
dba DOTTY'S, )
                                           )  CASE NO. 2:16-cv-0238-GMN-NJK
          Plaintiff, )
                                           )
CLARK COUNTY, a Municipal Corporation )
Does I through X, )
                                           )
          Defendant. )
                                           )

### STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

(First Request)

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction previously due on February 29, 2016 and Defendant's response to Plaintiff's Complaint previously due on March 2, 2016 are now due on March 15, 2016. This extension is needed because of some conflicting demands on defense counsel from other matters warranting a brief extension.

IT IS FURTHER STIPULATED AND AGREED by the parties that the deadline for Plaintiff to comply with the 2014 Ordinance is extended 6 weeks up to and including June 30, 2016.

This stipulation shall not to be construed to suggest that Plaintiff's motion for preliminary injunction lacks urgency or that time is not of the essence. The parties further agree that the passage of time caused by the extension shall not be a basis to subsequently argue that Plaintiff's

motion for preliminary injunction and the claims for relief have become moot.

DATED this __2__ day of March, 2016.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI | KEMP, JONES & COULTHARD, LLP |
|---|---|
| */s/ Thomas D. Dillard, Jr.* | */s/ J. Randall Jones* |
| THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant | J. Randall Jones, Esq.<br>Jennifer C. Dorsey, Esq.<br>3800 Howard Hughes Pkwy, 17th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED

DATED this __4__ day of __March__, 2016.

_____
HONORABLE UNITED STATES
DISTRICT COURT JUDGE NAVARRO