# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., <br><br>            Plaintiff(s), <br><br> vs. <br><br> CLARK COUNTY, <br><br>            Defendant(s). | Case No. 2:16-cv-00238-GMN-NJK <br><br> ORDER <br><br> (Docket No. 24) |

Pending before the Court is a discovery plan, Docket No. 24, which is hereby **DENIED**. The presumptively reasonable discovery period is 180 days from the date of the first defendant's appearance. *See* Local Rule 26-4(e)(1). The pending discovery plan seeks an extended discovery period. Although not entirely clear, it appears the request for extended discovery period is premised entirely on the existence of a motion for preliminary injunction and the briefing thereof. *See* Docket No. 24 at 2 n.1. The Court finds such reasoning insufficient to extend the discovery period. The parties shall file a discovery plan that complies with the time period set out in the local rules no later than April 20, 2016.

IT IS SO ORDERED.

DATED: April 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge