J. RANDALL JONES, ESQ.
Nevada Bar No.: 001927
MATTHEW S. CARTER, ESQ.
Nevada Bar No.: 009524
MONA KAVEH, ESQ.
Nevada Bar No.: 11825
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000
Email: kjc@kempjones.com
*Attorneys for Plaintiff, Nevada Restaurant Services, Inc. dba Dotty's*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a Municipal Corporation; and Does I through X,<br><br>Defendant. | Case No.:   2:16-cv-00238-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMMARY JUDGMENT ON DUE PROCESS CLAIMS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1 and IA 6-2, Plaintiff and the Defendant stipulate and ask for an order extending the current deadline to file reply brief in support of Plaintiff's motion for partial summary judgment on due process claims. Plaintiff filed a motion for partial summary judgment on due process claims on November 14, 2016 (Doc. 48) and the Defendant filed their opposition to motion for partial summary judgment on December 8, 2016 (Doc. 50).

1

The parties agree that the deadline for the filing of the reply brief should be extended by two week from December 22, 2016 to January 5, 2016.

Dated this 15th day of December, 2016.          Dated this 15th day of December, 2016.

**KEMP, JONES & COULTHARD, LLP**          **OLSON, CANNON, GORMLEY ARGULO & STOBERSKI**

 */s/ Matthew S. Carter*                                           */s/ Thomas D. Dillard*
J. Randall Jones, Esq. (#1927)                      Thomas D. Dillard, Esq. (#6270)
Matthew S. Carter, Esq. (#9524)                  9950 West Cheyenne Avenue
Mona Kaveh, Esq. (#11825)                         Las Vegas, NV 89129
3800 Howard Hughes Parkway, 17th Floor   *Attorneys for Defendant Clark County*
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this __15__ day of December, 2016.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**KEMP, JONES & COULTHARD, LLP**

 */s/ Matthew S. Carter*
J. Randall Jones, Esq. (#1927)
Matthew S. Carter, Esq. (#9524)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

2