1 J. RANDALL JONES, ESQ.
Nevada Bar No.: 1927
2 SPENCER H. GUNNERSON, ESQ.
Nevada Bar No.: 8810
3 MONA KAVEH, ESQ.
Nevada Bar No.: 11825
4 KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
5 Seventeenth Floor
Las Vegas, Nevada 89169
6 Tel. (702) 385-6000
Email: kjc@kempjones.com
7 *Attorneys for Plaintiff, Nevada
Restaurant Services, Inc. dba Dotty's*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a Municipal Corporation; and Does I through X,<br><br>Defendant. | Case No.: 2:16-cv-00238-GMN-NJK<br><br>**MOTION TO WITHDRAW MATTHEW S. CARTER, ESQ. AS ATTORNEY OF RECORD** |

J. RANDALL JONES, ESQ., SPENCER H. GUNNERSON, ESQ., and MONA KAVEH, ESQ., of the law firm KEMP, JONES & COULTHARD, LLP, hereby request that Matthew S. Carter, Esq. be withdrawn as counsel of record in the above-referenced matter. Matthew S. Carter, Esq. left his position at Kemp, Jones & Coulthard, LLP in April 2017 and no longer represents Nevada Restaurant Services, Inc., dba Dotty's. The law firm of Kemp, Jones & Coulthard, LLP, 3800 Howard Hughes Parkway, Seventeenth Floor, Las Vegas, Nevada 89169, will remain as counsel of record for Nevada Restaurant Services, Inc., dba Dotty's. For the reason that Mr. Carter is no longer associated with the law firm of Kemp, Jones & Coulthard, LLP, counsel asks

1

that this motion be granted and that Matthew S. Carter, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this 15th day of May, 2017.

KEMP, JONES & COULTHARD, LLP

_____
J. Randall Jones, Esq. (#1927)
Spencer H. Gunnerson, Esq. (#8810)
Mona Kaveh, Esq. (#11825)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for Plaintiff, Nevada
Restaurant Services, Inc. dba Dotty's*

### ORDER

IT IS HEREBY ORDERED that the Motion to Withdraw Matthew S. Carter, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED May 16 _____, 2017.

_____
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2017, a true and correct copy of the foregoing **MOTION TO WITHDRAW MATTHEW S. CARTER, ESQ. AS ATTORNEY OF RECORD** was served via the United States District Court CM/ECF system to all parties on the e-service list.

_/s/ Pamela Montgomery_
An employee of Kemp, Jones & Coulthard, LLP