1  J. RANDALL JONES, ESQ.
   Nevada Bar No.: 1927
2  SPENCER H. GUNNERSON, ESQ.
   Nevada Bar No.: 8810
3  MONA KAVEH, ESQ.
   Nevada Bar No.: 11825
4  KEMP, JONES & COULTHARD, LLP
   3800 Howard Hughes Parkway. 17th Floor
5  Las Vegas, Nevada 89169
   Tel. (702) 385-6000
6  Email: kjc@kempjones.com
   *Attorneys for Plaintiff, Nevada*
7  *Restaurant Services, Inc. dba Dotty's*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a Municipal Corporation; and Does I through X,<br><br>Defendant. | Case No.:   2:16-cv-00238-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO RE-OPEN DISCOVERY**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiff Nevada Restaurant Services, Inc., dba Dotty's ("Dotty's"), by and through its attorneys of record, Kemp, Jones & Coulthard, LLP, and Defendant Clark County (the "County"), by and through its attorneys of record, Olson, Cannon, Gormley, Angulo & Stoberski, hereby stipulate and agree that the deadline for Dotty's to file its Reply in Support of Motion to Re-Open Discovery, currently due on June 1, 2017, be extended to June 9, 2017. Dotty's filed its Motion to Re-Open Discovery on May 12, 2017 (Doc. 72), and the County filed its Opposition on May 25, 2017 (Doc. 78).

/ / /

/ / /

1

This is the parties' first request to extend this deadline. This brief extension is needed because of some conflicting demands upon counsel from other matters warranting a brief extension.

Dated this 31st day of May, 2017.                 Dated this 31st day of May, 2017.

**KEMP, JONES & COULTHARD, LLP**                  **OLSON, CANNON, GORMLEY ARGULO & STOBERSKI**

/s/ Mona Kaveh                                    /s/ Thomas D. Dillard
J. Randall Jones, Esq. (#1927)                    Thomas D. Dillard, Esq. (#6270)
Spencer H. Gunnerson, Esq. (#8810)                9950 West Cheyenne Avenue
Mona Kaveh, Esq. (#11825)                         Las Vegas, Nevada 89129
3800 Howard Hughes Parkway, 17th Floor            *Attorneys for Defendant Clark County*
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Nevada*
*Restaurant Services, Inc. dba Dotty's*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2017

2